CATHERINE A. CONWAY (SBN 98366)
GREGORY W. KNOPP (SBN 237615)
ANASTASIA M. BOLES (SBN 224980)
CHRISTOPHER BLANCHARD (SBN 250729)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:   310-229-1000
Facsimile:    310-229-1001
cconway@akingump.com
gknopp@akingump.com
aboles@akingump.com
cblanchard@akingump.com

Attorneys for DEFENDANT ERNST & YOUNG LLP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICHELLE RICHARDS, on behalf of herself and all others similarly situated and on behalf of the general public,<br><br>                    Plaintiffs,<br><br>     v.<br><br>ERNST & YOUNG LLP, and DOES 1 - 50,<br><br>                    Defendants. | Case No.  2:08-CV-01849-GEB-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER TO TRANSFER ACTION TO NORTHERN DISTRICT OF CALIFORNIA** |

STIPULATION AND [PROPOSED] ORDER TO TRANSFER ACTION TO NORTHERN DISTRICT OF CALIFORNIA

1  Plaintiff Michelle Richards ("Plaintiff") and Defendant Ernst & Young LLP
2  ("Defendant"), by and through their respective counsel, hereby agree and stipulate as
3  follows:
4  **WHEREAS**, *Ho v. Ernst & Young LLP*, Case No. CV 05-04867 ("The *Ho*
5  Action") was filed on September 27, 2005 in Santa Clara County Superior Court and
6  was removed to the United States District Court for the Northern District of California
7  on November 29, 2005;
8  **WHEREAS**, *Landon v. Ernst & Young LLP, et al.*, Case No. CV 08-00889 ("The
9  *Landon* Action") was filed in Placer County Superior Court on February 21, 2008 and
10  was removed to this Court on April 25, 2008;
11  **WHEREAS**, the *Landon* Action was transferred from this Court to the Northern
12  District of California on June 6, 2008 and is now pending in the Northern District of
13  California as Case No. CV 08-02853 and has been deemed related to the *Ho* Action.
14  **WHEREAS,** the instant action was filed in Sacramento County Superior Court
15  on June 19, 2008 and was removed to this Court on August 8, 2008;
16  **WHEREAS,** the instant action involves substantially similar claims and putative
17  classes to those alleged in the *Ho* Action; and
18  **WHEREAS**, the parties acknowledge and agree that the proposed transfer will
19  have no impact on either parties' procedural or substantive rights.  Plaintiff Richards
20  expressly reserves the right to take discovery regarding not only merits discovery but
21  also class certification discovery, and Ernst & Young expressly reserves any proper
22  objections thereto.  Ernst & Young expressly reserves the right to take discovery relating
23  to Plaintiff Richards, and Plaintiff Richards expressly reserves any proper objections
24  thereto.
25  ///
26  ///
27  ///
28  ///

**THE PARTIES HEREBY STIPULATE** that this action should be transferred to the Northern District and respectfully request an order to that effect.

Dated: _____        HOFFMAN & LAZEAR

                        By_____
                              Ross L. Libenson
                        Attorneys for Plaintiff Michelle Richards


Dated: _____     AKIN GUMP STRAUSS HAUER & FELD LLP


                        By_____
                              Christopher Blanchard
                        Attorneys for Defendant Ernst & YOUNG LLP


**IT IS SO ORDERED.**

DATED: October 28, 2008


                        _____
                        GARLAND E. BURRELL, JR.
                        United States District Judge